UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ACUITY, | Case No.: 2:25-cv-01143-APG-MDC |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| ALICIA NELSON, et al., | |
| Defendants | |

I ORDER that defendants Sangduan Rivas and Dee Thai Spa & Massage LLC's certificate of interested parties (ECF No. 9) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each defendant as required by that rule. I remind defendant Dee Thai that as a limited liability company, its citizenship is determined by the citizenship of each of its members. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").

I FURTHER ORDER these parties to file a proper certificate of interested parties by August 4, 2025.

DATED this 21st day of July, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE