UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ACUITY,

    Plaintiff

v.

ALICIA NELSON, et al.,

    Defendants

Case No.: 2:25-cv-01143-APG-MDC

**Order Striking Certificate of Interested Parties**

    I ORDER that defendants Sangduan Rivas and Dee Thai Spa & Massage LLC's certificate of interested parties (ECF No. 12) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not fully identify the citizenship of each defendant as required by that rule. Defendant Dee Thai's citizenship is determined by the citizenship of each of its members. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens"). Dee Thai identified two of its members that are listed on the Nevada Secretary of State's website as managing members. Dee Thai must identify the citizenship of all of its members, not just managing members. Dee Thai's certificate does not make clear whether the two identified managing members are its only members.

    I FURTHER ORDER these parties to file a proper certificate of interested parties by August 4, 2024.

    DATED this 25th day of July, 2025.

                                                       ANDREW P. GORDON
                                                       CHIEF UNITED STATES DISTRICT JUDGE