# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| ACUITY, | Case No.: 2:25-cv-01143-APG-MDC |
|---|---|
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| ALICIA NELSON, et al., | |
| Defendants | |

In light of plaintiff Acuity's response to the order to show cause (ECF No. 21),

I ORDER that the order to show cause (ECF No. 7) is satisfied.

DATED this 24th day of September, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE