**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ACUITY,<br><br>Plaintiff<br><br>v.<br><br>ALICIA NELSON, et al.,<br><br>Defendants | Case No.: 2:25-cv-01143-APG-MDC<br><br>**Order for Status Report** |

A review of the docket for the underlying state court action shows that case was dismissed with prejudice on August 14, 2026. Consequently, I direct the parties in this case to confer and file a joint status report regarding whether that resolves some or all of the issues in the pending motion for summary judgment in this case.

I THEREFORE ORDER that by September 11, 2026, the parties must confer and file a joint status report regarding the resolution of the underlying state court action and what impact, if any, that has on the pending motion for summary judgment in this case. If the parties do not agree, they may each set forth their position in the joint status report.

DATED this 2nd day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE