**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ACUITY,

Plaintiff

v.

ALICIA NELSON, et al.,

Defendants

Case No.: 2:25-cv-01143-APG-MDC

**Order Denying Motion for Summary Judgment as Moot**

[ECF No. 23]

In light of the parties' joint status report indicating that they intend to stipulate to dismiss this action (ECF No. 27),

I ORDER that plaintiff Acuity's motion for summary judgment **(ECF No. 23) is DENIED as moot**, without prejudice to refiling it if the stipulation to dismiss is not finalized.

DATED this 14th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE