Jeffrey D. Olster
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: (702) 893-3383
Fax: (702) 893-3789
Attorneys for Plaintiff
*ACUITY, A MUTUAL INSURANCE COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALICIA NELSON, an individual; SANGDUAN RIVAS, an individual; DEE THAI SPA & MASSAGE LLC, a domestic limited liability company,<br><br>Defendants. | Case No. 2:25-cv-01143-APG-MDC<br><br>**STIPULATION TO DISMISS** |

Pursuant to LR 7-1, Plaintiff, Acuity, A Mutual Insurance Company ("Acuity"), and Defendants, Alicia Nelson ("Nelson"), Sangduan Rivas ("Rivas"), and Dee Thai Spa & Massage LLC ("DTSM"), through their respective counsel, hereby stipulate as follows:

1. Nelson, Rivas and DTSM agree that they will not seek any coverage under the subject Acuity Policy or any payment or recovery of any kind from Acuity for the subject Massage Incident or the related Underlying Action (*Alicia Nelson v. Sangduan Rivas, et al.*, Case No. A-24-899540-C), including but not limited to defense costs and/or attorney fees, settlement payments, and/or payment for any judgment that may be entered in the Underlying Action.

2. Based on this agreement, the parties agree that this action shall be dismissed, without prejudice, with each party to bear her/its own attorney fees and costs.

Dated this 12th day of October, 2026

MADDOX & CISNEROS, PLLC

/s/ *Norberto J. Cisneros*

Norberto J. Cisneros
Nevada Bar No. 8782
Barbara M. McDonald
Nevada Bar No. 11651
1210 S. Valley View Blvd., Suite 202
Las Vegas, Nevada 89102
*Attorneys for Defendant*
*ALICIA NELSON*

Dated this 12th day of October, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Jeffrey D. Olster*

Jeffrey D. Olster
Nevada Bar No. 8864
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Plaintiff*
*ACUITY, A MUTUAL INSURANCE COMPANY*

Dated this 12th day of October, 2026

LAW OFFICE OF KIRK T. KENNEDY

/s/ *Kirk T. Kennedy*

Kirk T. Kennedy
Nevada Bar No. 5032
815 S. Casino Center Boulevard
Las Vegas, Nevada 89101
*Attorneys for Defendants*
*DEE THAI SPA & MASSAGE LLC*
*and SANGDUAN RIVAS*

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: October 13, 2026